UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: TONYA M. BREWER § Case No. 14-82602
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/22/2014.

2) The plan was confirmed on 10/17/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/09/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/03/2015.

5) The case was completed on 12/14/2018.

6) Number of months from filing or conversion to last payment: 51.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,148.00.

10) Amount of unsecured claims discharged without full payment: $84,428.44.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 17,775.15 | |
| Less amount refunded to debtor(s) | $ 255.15 | |
| **NET RECEIPTS** | | $ 17,520.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,900.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,327.50 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,227.50 |
| Attorney fees paid and disclosed by debtor(s): | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 3,900.00 | 0.00 |
| THE CAR STORE AUTO CORP | Sec | 4,129.00 | 4,129.79 | 4,129.00 | 4,129.00 | 410.78 |
| THE CAR STORE AUTO CORP | Uns | 0.00 | 0.00 | 0.79 | 0.14 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 762.00 | 880.19 | 880.19 | 880.19 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 147.00 | 147.00 | 23.65 | 0.00 |
| IRS PRIORITY DEBT | Pri | 141.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 200.00 | 200.00 | 200.00 | 32.17 | 0.00 |
| ALCOA BILLING CENTER | Uns | 874.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 505.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION CO. | Uns | 129.00 | NA | NA | 0.00 | 0.00 |
| AMERITOX | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| AMR INVEST BK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 831.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Uns | 586.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGISTS OF | Uns | 246.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 64.00 | 63.84 | 63.84 | 10.27 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Uns | 586.00 | 874.00 | 874.00 | 140.60 | 0.00 |
| AURORA RADIOLOGY | Uns | 413.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAB SERVICES | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| CAR STORE | Uns | 4,130.00 | NA | NA | 0.00 | 0.00 |
| CASTLE ORTHOPEDICS | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| CBE | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES, INC. | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC. | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 2,028.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SERVICES GROUP | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CENTER | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC SC | Uns | 594.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CORPORATION | Uns | 806.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 493.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY CARDIOVASCULAR | Uns | 1,127.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY MED ASSOCIATES | Uns | 428.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY PARK DISTRICT | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Uns | 26,592.00 | 11,871.54 | 11,871.54 | 1,909.73 | 0.00 |
| HSBC | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Uns | 11,862.00 | NA | NA | 0.00 | 0.00 |
| ICS/ILLINOIS COLLECTION SERV | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| IN PATIENT CONSULTANTS OF IL | Uns | 809.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY/GEMB | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| JVDB ASC | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| KCS FINANCIAL SERVICES | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 184.00 | NA | NA | 0.00 | 0.00 |
| MEDICALBUSINESS BUREAU | Uns | 110.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MEDICREDIT INC. | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FINANCE | Uns | 6,312.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL AND MED | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 5,501.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Uns | 973.00 | NA | NA | 0.00 | 0.00 |
| ONCOA | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Uns | 379.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGISTS OF JOLIET | Uns | 246.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 5,501.00 | 5,501.02 | 5,501.02 | 884.93 | 0.00 |
| PLS | Uns | 718.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 9,053.00 | 9,209.96 | 9,209.96 | 1,481.57 | 0.00 |
| MARKOFF LAW LCC | Uns | 1,607.00 | 5,501.02 | 5,501.02 | 884.93 | 0.00 |
| RMI/MSCI | Uns | 536.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Uns | 1,190.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Uns | 1,625.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 351.00 | 350.71 | 350.71 | 56.42 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH MERCY | Uns | 2,857.00 | 2,857.34 | 0.00 | 0.00 | 0.00 |
| T-MOBILE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE USA | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY SC | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,412.48 | 1,412.48 | 227.22 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 80.00 | 80.00 | 12.87 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 100.00 | 100.00 | 16.09 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 2,857.34 | 2,857.34 | 459.65 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 55.61 | 55.61 | 8.94 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 91.71 | 91.71 | 14.75 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 320.00 | 320.00 | 51.48 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 50.00 | 50.00 | 8.04 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 50.00 | 50.00 | 8.04 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 496.75 | 496.75 | 79.91 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 1,536.00 | 1,536.00 | 247.09 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 25.00 | 25.00 | 4.02 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 25.00 | 25.00 | 4.02 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 25.00 | 25.00 | 4.02 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 25.00 | 25.00 | 4.02 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 25.00 | 25.00 | 4.02 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 25.00 | 25.00 | 4.02 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 45.30 | 45.30 | 7.29 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 75.00 | 75.00 | 12.06 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 100.00 | 100.00 | 16.09 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 100.00 | 100.00 | 16.09 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 200.00 | 200.00 | 32.17 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 75.00 | 75.00 | 12.06 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 1,106.90 | 1,106.90 | 178.07 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 100.00 | 100.00 | 16.09 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,129.00 | $ 4,129.00 | $ 410.78 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,129.00 | $ 4,129.00 | $ 410.78 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 880.19 | $ 880.19 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 880.19 | $ 880.19 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 42,721.97 | $ 6,872.53 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---:|
| Expenses of Administration | $ 5,227.50 |
| Disbursements to Creditors | $ 12,292.50 |
| **TOTAL DISBURSEMENTS:** | $ 17,520.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  03/14/2019              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)